UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SABULANI L. BREEDLOVE, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | NO. 3:16-cv-00544 |
| ) | JUDGE CRENSHAW |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social ) | |
| Security, ) | |
| ) | |
| DEFENDANT. ) | |

## ORDER

Before the Court is a Report and Recommendation of the Magistrate Judge ("R&R"), to which no objections have been filed. (Doc. No. 18). The Court has reviewed the R&R, and conducted a de novo review of the record. The Court **ADOPTS** the R&R.

Accordingly, Defendant's Motion to Dismiss (Doc. No. 15) is **GRANTED** and the Complaint is **DISMISSED WITHOUT PREJUDICE**.

The Clerk shall enter judgement in accordance with Federal Rules of Civil Procedure 58.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE